**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7266**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

ANTHONY DEMETRIUS NELSON,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:10-cr-00048-DKC-1)

Submitted: November 18, 2021              Decided: November 22, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Demetrius Nelson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Demetrius Nelson appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review, we conclude that the district court did not abuse its discretion in denying Nelson's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard of review), *cert. denied*, No. 21-5624, 2021 WL 4733616 (U.S. Oct. 12, 2021). Accordingly, we affirm the district court's order. *United States v. Nelson*, No. 8:10-cr-00048-DKC-1 (D. Md. Aug. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*